### Shollenberger *v.* Brewer, Appellant.

774

Argued June 21, 1971. *John D. DiGia-como*, with him *Fackenthal, Teel & Stettz,* for appellant; *R. J. DeRaymond,* with him *Coffin, DeRaymond and Shipman,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.